IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | 1:07-cr-429 |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| DANIEL RODRIGUEZ; | : | |
| JULIO RIVERA-LOPEZ; | : | |
| KRISTIAN TORRES; | : | |
| Defendants. | : | |

# ORDER

### April 11, 2018

Upon consideration of the 28 U.S.C. § 2255 motions to vacate conviction and sentence, and in accordance with the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. The 28 U.S.C. § 2255 motions to vacate conviction and sentence of Defendants Daniel Rodriguez, Kristian Torres, and Julio Rivera-Lopez (Docs. 174, 175, 178) are **DENIED**.

2. No certificate of appealability shall issue.

3. The Clerk of Court shall **CLOSE** the accompanying civil docket numbers, 1:16-cv-00943, 1:16-cv-00944, and 1:16-cv-00970.

s/ John E. Jones III
John E. Jones III
United States District Judge